COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-00996-CR

Style:      Craig Anthony Crooks

     **v** The State of Texas

Date motion filed[*]:      May 21, 2013

Type of motion:      Motion for extension of time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated? No

If motion to extend time:

     Original due date:      March 7, 2013

     Number of previous extensions:      1      Current Due date: May 1, 2013

     Date Requested:      June 21, 2013

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: June 21, 2013

         ☑      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

**We have also granted appellant's motion to substitute counsel in a separate order. However, we admonish appellant that his substitution of counsel will not justify further extensions of time to file his brief, which, based on the appellate record's completion on February 5, 2013, was originally due on March 7, 2013. *See* TEX. R. APP. P. 38.6(a).**

Judge's signature: /s/ Jim Sharp _____

         ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: June 5, 2013 _____
November 7, 2008 Revision